UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD LUCIDO :<br>    Plaintiff, : <br> : <br>v. : <br> : <br>NITSUKO CORPORATION, : <br>NEC AMERICA, INC. : <br>NEC INFRONTIA, CORPORATION : <br>    Defendants. : | Civil No. 303CV00478 (CFD)<br><br><br><br><br>December 2, 2003 |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
IN WHICH TO RESPOND TO
<u>PLAINTIFF'S SECOND REQUEST FOR INTERROGATORIES</u>**

        Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, the Defendants, NEC America, Inc. and NEC Infrontia, Corporation, respectfully request a fourteen day (14) day extension of time, up to and including December 17, 2003, in which to respond and/or object to Plaintiff's Second Request for Interrogatories dated November 3, 2003. In support of this Motion, the Defendants provide the following:

        1.    On July 1, 2003, this Court approved the Report of Parties' Planning Meeting setting the discovery deadline to March 2, 2004.

        2.    Plaintiff's Second Set of Interrogatories was served on November 3, 2003.

**ORAL ARGUMENT <u>NOT</u> REQUESTED**

      3.      Counsel for Defendants was traveling on business and is currently on trial in Superior Court in the matter <u>Borden v. SourceOne Worldwide Inc.</u>, docket no. CV03 0824971-S.

      4.      As this case involves complex issues, Defendants need additional time in which to gather information necessary to respond and/or object to Plaintiff's Second Request for Interrogatories.

      5.      Defendants seek additional time, up to and including December 17, 2003, in which to respond and/or object to the Plaintiff's Second Request for Interrogatories.

      6.      Plaintiff's counsel, Eugene Axelrod, has stated that he has no objection to the granting of this motion.

      7.      This is Defendants' first motion for extension of time to respond and/or object to Plaintiff's Second Request for Interrogatories.

WHEREFORE, the Defendants respectfully move for an extension of time, up to and including December 17, 2003, in which to respond and/or object to Plaintiff's Second Request for Interrogatories.

        DEFENDANTS,
        NEC AMERICA, INC.
        NEC INFRONTIA INC.

By: _____

William J. Anthony (ct 17865)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
(860) 522-0404
anthonyw@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by facsimile and regular mail, postage prepaid, on this 2nd day of December, to the following counsel of record:

> Eugene Axelrod, Esq.
> The Employment Law Group, LLC
> 8 Lunar Drive
> Woodbridge, CT  06525

_____
William J. Anthony