03cv478 next time

13

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

03cv478 endo

| | |
|---|---|
| RONALD LUCIDO<br>Plaintiff, | |
| v. | Civil No. 303CV00478 (CFD) |
| NITSUKO CORPORATION,<br>NEC AMERICA, INC.<br>NEC INFRONTIA, CORPORATION<br>Defendants. | December 2, 2003 |

**GRANTED. It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford, CT 12/11/03

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S SECOND REQUEST FOR INTERROGATORIES

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, the Defendants, NEC America, Inc. and NEC Infrontia, Corporation, respectfully request a fourteen day (14) day extension of time, up to and including December 17, 2003, in which to respond and/or object to Plaintiff's Second Request for Interrogatories dated November 3, 2003.

In support of this Motion, the Defendants provide the following:

1. On July 1, 2003, this Court approved the Report of Parties' Planning Meeting setting the discovery deadline to March 2, 2004.

2. Plaintiff's Second Set of Interrogatories was served on November 3, 2003.

**ORAL ARGUMENT NOT REQUESTED**