UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD LUCIDO<br>Plaintiff,<br><br>v.<br><br>NITSUKO CORPORATION,<br>NEC AMERICA, INC.<br>NEC INFRONTIA, CORPORATION<br>Defendants. | Civil No. 303CV00478 (CFD)<br><br><br>January 16, 2004 |

**STATUS REPORT**

In accordance with the Court's Order Re Status dated December 22, 2003, Defendants NEC America, Inc. and NEC Infrontia, Inc., incorrectly pled as NEC Infrontia Corporation, ("Defendants") submit the following Status Report.

**A.    Nature of the Case**

1.    In his complaint, Plaintiff claims his termination of employment by Defendant NEC America and his failure to be hired by Defendant NEC Infrontia was in violation of The Connecticut Fair Employment Practices Act, Title VII of the Civil Rights Act of 1964, and the Age Discrimination In Employment Act. He also pled causes of action for Breach of Implied Contract, Breach of the Implied Covenant of Good Faith and Fair Dealing, Promissory Estoppel and Negligent Misrepresentation. Defendants deny all allegations of unlawful conduct. Plaintiff was not treated differently than the other employees terminated in its Connecticut facility by Defendant NEC America. Plaintiff never sought a position with Defendant NEC Infrontia. Further, neither Defendant had a contract with the Plaintiff. Plaintiff seeks an award

of punitive damages, attorney's fees, expert witness fees, and costs. This case has no relationship to other pending actions.

    2.    There are currently no motions pending. Defendants intend to file a motion for summary judgment. The deadline for filing, in accordance with the Court's approval of the Report of Parties' Planning Meeting dated July 11, 2003, is April 15, 2004.

    3.    In his complaint, Plaintiff requests trial by jury.

**B.** **Discovery**

    1.    Discovery has commenced and is scheduled to close on March 4, 2004. The parties have exchanged and responded to interrogatories and requests for production of documents. Depositions are currently being scheduled. The parties do/do not intend to seek a modification of the Scheduling Order.

**C.** **Settlement**

    1.    A settlement conference, scheduled for October 9, 2003 before U.S. Magistrate Judge Thomas P. Smith, was cancelled at the request of the plaintiff.

    2.    There are no outstanding reports due.

    3.    The plaintiff does not feel a settlement conference would be beneficial at this time. Plaintiff has not made a settlement demand.

**D.** **Trial Preparation**

    1.    The case will be ready for trial within 60 days after the filing of the Joint Trial Memorandum.

    2.    No additional preparation is required.

    3.    Defendants intend to file a motion for summary judgment.

4.  A joint trial memorandum has not been filed. In accordance with the Court's approval of the Report of Parties' Planning Meeting dated July 11, 2003, the joint trial memorandum is due within ninety (90) days after the entry of the ruling on the last dispositive motion.


DEFENDANTS,
NEC AMERICA, INC.
NEC INFRONTIA CORPORATION

By: _____    Date: January 16, 2004
William J. Anthony (ct 17865)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
(860) 522-0404

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by regular mail, postage prepaid, on this 16th day of January, 2004, to the following counsel of record:

    Eugene Axelrod, Esq.
    The Employment Law Group, LLC
    8 Lunar Drive
    Woodbridge, CT  06525

    _____
    William J. Anthony