UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 FEB 18  P 3: 49

LUCIDO,
    Plaintiff

- v -                                   3:03-CV-478(CFD)

NITSUKO CORP., et al.,
    Defendant

### ORDER

A settlement conference shall be held before the undersigned on **December 15, 2004, at 10:00 a.m.** The parties shall submit <u>ex parte</u> statements **to the Chambers of Judge Smith,** Room 258, not to exceed four pages, briefly setting forth their settlement positions, no later than December 13, 2004. **Facsimiles will not be accepted**.

Counsel shall be accompanied by the appropriate persons with authority to settle. See <u>Nick v. Morgan's Foods, Inc.</u>, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), <u>aff'd</u>, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

Dated at Hartford, Connecticut, this 18th day of February, 2004.

Thomas P. Smith
United States Magistrate Judge