UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD LUCIDO<br>    Plaintiff,<br><br>v.<br><br>NITSUKO CORPORATION,<br>NEC AMERICA, INC.<br>NEC INFRONTIA, CORPORATION<br>    Defendants. | Civil No. 303CV00478 (CED)<br><br><br>February 20, 2004 |

## MOTION TO EXTEND DISCOVERY DEADLINE

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, the Defendants, NEC America, Inc. and NEC Infrontia, Corporation, respectfully requests a thirty (60) day extension of time, up to and including May 3, 2004 to complete discovery and up to and including June 14, 2004 for filing dispositive motions. In support of this Motion, the Defendants provide the following:

1. Pursuant to the Report of Parties' Planning Meeting, which was Approved on July 11, 2003, the deadline for Discovery is March 2, 2004 and the deadline for filing dispositive motions is April 15, 2004.

2. The parties have exchanged written discovery. The parties also have attempted to schedule depositions.

3. Due to trials and other commitments, counsel have been unable to complete depositions.

**ORAL ARGUMENT NOT REQUESTED**     1

4. Counsel for Defendants contacted Plaintiff's counsel regarding this motion on February 20, 2004, and was informed he does not object to the granting of this motion.

5. No other motions for extension of time have been filed with respect to extending the discovery cut-off and dispositive motion deadlines.

WHEREFORE, the Defendants respectfully move for an extension of time, up to and including May 3, 2004 to complete discovery and up to and including June 14, 2004 for filing Dispositive Motions.

                DEFENDANTS,
                NEC AMERICA, INC.
                NEC INFRONTIA INC.

By: _____
       William J. Anthony (ct 17865)
       Jackson Lewis LLP
       55 Farmington Avenue, Suite 1200
       Hartford, CT 06105
       (860) 522-0404
       anthonyw@jacksonlewis.com

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by regular mail, postage prepaid, on this 20th day of February, 2004, to the following counsel of record:

>Eugene Axelrod, Esq.
>The Employment Law Group, LLC
>8 Lunar Drive
>Woodbridge, CT 06525

_____
William J. Anthony