UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED
2004 FEB 23 A 11: 11
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| RONALD LUCIDO<br>Plaintiff,<br><br>v.<br><br>NITSUKO CORPORATION,<br>NEC AMERICA, INC.<br>NEC INFRONTIA, CORPORATION<br>Defendants. | Civil No. 303CV00478 (CFD)<br><br>February 20, 2004 |

## MOTION TO EXTEND DISCOVERY DEADLINE

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, Defendants, NEC America, Inc. and NEC Infrontia, Corporation, respectfully requests a thirty (60) day extension of time, up to and including May 3, 2004 to complete discovery and up to and including June 14, 2004 for filing dispositive motions. In support of this Motion, the Defendants provide the following:

1. Pursuant to the Report of Parties' Planning Meeting, which was Approved on July 21, 2003, the deadline for Discovery is March 2, 2004 and the deadline for filing dispositive motions is April 15, 2004.

2. The parties have exchanged written discovery. The parties also have attempted to schedule depositions.

3. Due to trials and other commitments, counsel have been unable to complete depositions.

**ORAL ARGUMENT NOT REQUESTED**   1

*GRANTED. It is so ordered.*
*Christopher F. Droney, U.S.D.J.*
*Hartford, CT  3/1/04*

*So ordered. Next time.*