UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD LUCIDO<br>    Plaintiff, | :<br>:<br>: |
| v. | : Civil No. 303CV00478 (CED)<br>:<br>: |
| NITSUKO CORPORATION,<br>NEC AMERICA, INC.<br>NEC INFRONTIA, CORPORATION<br>    Defendants. | :<br>:<br>: April 9, 2004<br>:<br>: |

## APPEARANCE

Please enter the appearance of the undersigned counsel in the above captioned matter on behalf of the Defendants, NEC America, Inc. and NEC Infrontia Corporation.

          DEFENDANTS,
          NEC AMERICA, INC.
          NEC INFRONTIA CORPORATION

  By: _____
          Tanya A. Wolanic (ct 24252)
          Jackson Lewis LLP
          55 Farmington Avenue, Suite 1200
          Hartford, CT 06105
          (860) 522-0404
          wolanict@jacksonlewis.com

CERTIFICATION OF SERVICE

       This is to certify that a copy of the foregoing was sent by facsimile and regular mail, postage prepaid, on this 9th day of April, to the following counsel of record:

       Eugene Axelrod, Esq.
       The Employment Law Group, LLC
       8 Lunar Drive
       Woodbridge, CT 06525

       Tanya A. Wolanic