UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAY -4  A 11: 36

U.S. DISTRICT COURT
HARTFORD, CT.

RONALD LUCIDO,
    Plaintiff

  - v -                              3:03-478(CFD)

NITSUKO CORP.,
et al.,
    Defendants

### ORDER

A settlement conference shall be held before the undersigned on **August 18, 2004, at 10:00 a.m., at 450 Main Street, Room 258, Hartford, Connecticut.** The parties shall submit ex parte statements **to the Chambers of Judge Smith**, Room 258, not to exceed four pages, briefly setting forth their settlement positions, no later than August 16, 2004.

**Counsel shall be accompanied by the appropriate persons with authority to settle.** See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), aff'd, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

Dated at Hartford, Connecticut, this 4th day of May, 2004.

_/s/ Thomas P. Smith_
Thomas P. Smith
United States Magistrate Judge