UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD LUCIDO<br>Plaintiff,<br><br>v.<br><br>NITSUKO CORPORATION,<br>NEC AMERICA, INC.<br>NEC INFRONTIA, CORPORATION<br>Defendants. | Civil No. 303CV00478 (CED)<br><br><br>May 5, 2004 |

### JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

Pursuant to the Federal Rules of Civil Procedure and Local Rule 7(b) of this Court, the Plaintiff, Ronald Lucido, and the Defendants, NEC America, Inc. and NEC Infrontia, Corporation, respectfully request an extension of time of thirty (30) days after the settlement conference on August 18, 2004, up to and including September 16, 2004 for filing dispositive motions. In support of this Motion, the Parties jointly state as follows:

1. Pursuant to the Report of Parties' Planning Meeting, which was approved on July 11, 2003, the deadline for filing dispositive motions is April 15, 2004.

2. This Court approved Defendants' first extension of time on March 3, 2004, allowing up to and including June 14, 2004 for filing dispositive motions.

3. A settlement conference is scheduled for August 18, 2004.

4. The Parties believe it will be mutually beneficial for the Court to allow additional time to attempt to settle the case before filing dispositive motions.

**ORAL ARGUMENT NOT REQUESTED**

5. No other joint motion for extension of time has been filed with respect to extending the dispositive motion deadlines.

WHEREFORE, the Parties respectfully move for an extension of time, up to and including September 16, 2004 for filing dispositive motions.

PLAINTIFF,
RONALD LUCIDO

By: _____  Date: May 5, 2004
Eugene Axelrod, Esq. (ct 00309)
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525
(203) 389-6526


DEFENDANTS,
NEC AMERICA, INC.
NEC INFRONTIA CORPORATION

By: _____  Date: May 5, 2004
William J. Anthony (ct 17865)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
(860) 522-0404
anthonyw@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by hand delivery on this 5th day of May, to the following counsel of record:

Eugene Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525

_____
William J. Anthony