UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD LUCIDO | : | CIVIL ACTION NO. |
| | : | 303CV00478 (CFD) |
| PLAINTIFF, | : | |
| | : | JUDICIAL DISTRICT |
| v. | : | OF |
| | : | HARTFORD |
| NITSUKO CORPORATION, | : | |
| NEC AMERICA, INC., | : | |
| NEC INFRONTIA, CORPORATION | : | |
| | : | |
| DEFENDANT. | : | SEPTEMBER 3, 2004 |

## STIPULATION OF WITHDRAWAL AFTER SETTLEMENT WITH PREJUDICE

Plaintiff, Ronald Lucido by and through his attorney stipulates to the withdrawal of the above captioned action with prejudice and without costs to either party as a result of and part of the settlement of this matter.

**THE PLAINTIFF:**                                          **THE DEFENDANT:**

By: _____                              By: _____
Eugene N. Axelrod, Esq.                                    William J. Anthony
The Employment Law Group, LLC.                             Jackson Lewis LLP
8 Lunar Drive                                              55 Farmington Avenue
Woodbridge, CT 06525                                       Hartford, CT 06105
203-389-6526                                               860-522-0404
Federal Bar No.: CT00309                                   Federal Bar No.: CT 17865